JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)                                                        4

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City** Lynn                  **Related Case Information:**

**County** Essex               Superseding Ind./ Inf.     X          Case No.    04-10299 PBS
                               Same Defendant          x          New Defendant
                               Magistrate Judge Case Number    M 04-1732- CBS
                               Search Warrant Case Number    04 M 1720- to 1730, 04-M 1738
                               R 20/R 40 from District of

**Defendant Information:**

Defendant Name    RICARDO MANUEL ESTRADA          Juvenile:    ☐ Yes    X No

Alias Name

Address

Birthdate: _____ SS # _____ Sex: MALE Race: Hispanic    Nationalit Mexican

**Defense Counsel if known:**    Eliot Weinstein, Esq.          Address 228 Lewis Wharf

Bar Number                                                        617-367-9334

**U.S. Attorney Information:**

AUSA    Neil Gallagher                          Bar Number if applicable

**Interpreter:**    X Yes    No          List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes  X  No

   Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date

X Already in Federal Custody as of _____     Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____    on

**Charging Document:**    Complaint          ☐ Information          X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony    2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    3/23/05          Signature of AUSA:

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MANUEL ESTRADA _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                                   U.S. District Court - District of Massachusetts

**Place of Offense:**          Category No. __II__          **Investigating Agency** __DEA__

**City** __Lynn__                      **Related Case Information:**

**County** __Essex__              Superseding Ind./ Inf. __X__          Case No. __04-10299 PBS__
                                         Same Defendant _____ New Defendant _____
                                         Magistrate Judge Case Number __04-M-1685 CBS__
                                         Search Warrant Case Number __04-M-1720-to-1730__
                                         R 20/R 40 from District of _____

## Defendant Information:

Defendant Name __ANDRES MARTINEZ-ACEVEZ__          Juvenile:     ☐ Yes     X No

Alias Name __"Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"__

Address _____

Birthdate: _____ SS # __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__ Sex: __MALE__ Race: __Hispanic__     Nationalit __Mexican__

**Defense Counsel if known:**     John Cicilline, Esq.          Address __381 Atwells Ave., Providence, RI__

Bar Number _____

## U.S. Attorney Information:

AUSA __Neil Gallagher__                      Bar Number if applicable _____

**Interpreter:**     X Yes     No          List language and/or dialect:          __Spanish__

**Matter to be SEALED:**          Yes  X     No

          Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date __5/1/2004__

X Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**     Complaint     ☐ Information          X Indictment

**Total # of Counts:**     ☐ Petty _____ ☐ Misdemeanor _____ X Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: ~~10/5/04~~ 3/23/05          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

℀JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.**  II            **Investigating Agency**   DEA

**City**   Lynn                    **Related Case Information:**

**County**   Essex                 Superseding Ind./ Inf.   X            Case No.   04-10299 PBS
                                   Same Defendant    x            New Defendant
                                   Magistrate Judge Case Number     04-M-1685 CBS
                                   Search Warrant Case Number    04-M-1720 to 1730
                                   R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JOSE ROSALES                     Juvenile:      ☐ Yes    X  No

Alias Name   TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU

Address   88 NEWARK ST, LYNN MA

Birthdate: 5/10/76    SS # 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  Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**     Raymond A. O'Hara, Esq.      Address 1 Exchange Place., Worcester, MA

Bar Number

**U.S. Attorney Information:**

AUSA                                    Bar Number if applicable

**Interpreter:**      X  Yes      No        List language and/or dialect:      Spanish

**Matter to be SEALED:**        Yes   X    No

        Warrant Requested          ☐ Regular Process          X  In Custody

**Location Status:**

Arrest Date        5/1/04

X  Already in Federal Custody as of                    in    Wyatt Detention, Central Falls, RI
☐ Already in State Custody at                    ☐ Serving Sentence        ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:                    on

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**      ☐ Petty ——      ☐ Misdemeanor ——      X☐ Felony —— 4

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   3/23/05                    Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet          U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Lynn__          **Related Case Information:**

**County** __Essex__          Superseding Ind./ Inf. __X__          Case No. __04-10299 PBS__
Same Defendant __x__          New Defendant _____
Magistrate Judge Case Number __04-M-1685 CBS__
Search Warrant Case Number __04-M-1720 to 1730__
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name __VALENTIN MARTINEZ__          Juvenile:     ☐ Yes    X No

Alias Name __VALENTIN RIVERA AKA V AKA VALE__

Address __108 JOHNSON STREET, LYNN, MA__

Birthdate: __12/20/69__   SS # __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__  Sex: __MALE__  Race: __Hispanic__   Nationalit __Mexican__

**Defense Counsel if known:**     Ronald Ian Segal, Esq.     Address __23 Central Ave., Lynn, MA__

Bar Number   _____

## U.S. Attorney Information:

AUSA __Neil Gallagher__          Bar Number if applicable   _____

**Interpreter:**     X Yes     X No          List language and/or dialect:     __Spanish__

**Matter to be SEALED:**          Yes   X   No

          Warrant Requested          ☐ Regular Process          x In Custody

**Location Status:**

Arrest Date     __5/1/04__

x  Already in Federal Custody as of   _____  in   __Wyatt Detention, Central Falls, RI__  .
☐  Already in State Custody at _____  ☐ Serving Sentence     ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:   _____  on   _____

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty ———     ☐ Misdemeanor ———     X☐ Felony —— 3 ——

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   __3/23/05__          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | 18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** __MA_____    **Category No.** _____    **Investigating Agency** _DEA/MSP__

**City** _Lynn/Peabody_____    **Related Case Information:**

**County** ____Essex_____    Superseding Ind./ Inf.    X_____    Case No.    04-10299-PBS
Same Defendant    __x__    New Defendant _____
Magistrate Judge Case Number    _04-m-1685-CBS_
Search Warrant Case Number    _04-m-1720 to 1730_
R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name   _MANUEL GERMOSEN_____    Juvenile    ☐ Yes    ☒ No

Alias Name   _Kelvin Madera, Manolo_____

Address   _____

Birth date (Year only): _____    SSN (last 4 #): _____    Sex _M_ Race:   _Hispanic____    Nationality: _Dom Rep____

**Defense Counsel if known:**    _Steven Judge_____    **Address:  23 Central Ave., #605**
**Lynn, MA 01902**

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil Gallagher_____    **Bar Number if applicable** _____

**Interpreter:**    ☒ Yes ☐ No    **List language and/or dialect:**    _Spanish_____

**Matter to be SEALED:**    ☐ Yes    ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as** _May 1, 2005_____    **in**    _Plymouth County_____ .
☐ **Already in State Custody** _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ **On Pretrial Release:**    Ordered by _____    on

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    _1 count___

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** 3/23/05    **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    MANUEL GERMOSEN _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    **Category No.** II_____    **Investigating Agency**   DEA_____

**City**   Lynn_____                    **Related Case Information:**

**County**   Essex_____                    Superseding Ind./ Inf.   X_____         Case No.   04-10299 PBS
                                         Same Defendant   X_____         New Defendant _____
                                         Magistrate Judge Case Number     04-M-1685 CBS_____
                                         Search Warrant Case Number     04-M-1720 to 1730_____
                                         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   ABDALLAH HAMDAN_____    Juvenile:        ☐ Yes    X No

Alias Name _____

Address   10 ROOSEVELT ST METHUEN MA_____

Birthdate: 1/17/76____   SS # 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   Sex: MALE   Race: Arabic_____    Nationalit   Palestinian_____

**Defense Counsel if known:**   Melvin Norris, Esq._____    Address 260 Boston Post Rd., Wayland, MA

Bar Number _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher_____    Bar Number if applicable _____

**Interpreter:**        ☐ Yes    X No    List language and/or dialect: _____

**Matter to be SEALED:**        Yes   X    No

        Warrant Requested        ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date        5/1/04_____

X Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI_____.
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**        ☐ Petty _____    ☐ Misdemeanor _____    ☐ X Felony ——4——

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   3/23/05_____    Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** __MA_____    **Category No.** _____    **Investigating Agency** __DEA/MSP_____

**City** __Lynn/Peabody_____    **Related Case Information:**

**County** ___Essex_____    Superseding Ind./ Inf. __X_____    Case No. ___04-10299-PBS__

Same Defendant ___x_____    New Defendant _____

Magistrate Judge Case Number ___04-m-1685-CBS_____

Search Warrant Case Number ___04-m-1720 to 1730_____

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __RICARDO MARTINEZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name ___Chorizo, Chon_____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Hispanic_____ Nationality: __Dom Rep_____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher_____    **Bar Number if applicable** _____

Interpreter: ☒ Yes ☐ No    List language and/or dialect: __Spanish_____

Matter to be SEALED: ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____.

☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**

☐ **On Pretrial Release:** Ordered by _____ **on**

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05    **Signature of AUSA:** _____

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    RICARDO MARTINEZ** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** MA          **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody                    **Related Case Information:**

**County** Essex                    Superseding Ind./ Inf.  X            Case No.   04-10299-PBS
                                    Same Defendant   x            New Defendant _____
                                    Magistrate Judge Case Number    04-m-1685-CBS
                                    Search Warrant Case Number    04-m-1720 to 1730
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  HOWARD GREENBERG            Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex M Race: Caucasian  Nationality: US

**Defense Counsel if known:**   Roger Witkin        **Address:** 6 Beacon Street, Ste 1010
                                                    Boston, MA 02108
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher            **Bar Number if applicable** _____

**Interpreter:**    ☐ Yes ☐ No      **List language and/or dialect:**   Spanish

**Matter to be SEALED:**    ☐ Yes   ☒ No

    ☐ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ **On Pretrial Release:**   Ordered by  MJ Swartwood    on   May 2004

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony  1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05        **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    <u>HOWARD GREENBERG</u> _____

### U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  <u>21 U.S.C. Sec. 846</u> | <u>Conspiracy to Distribute 5 Kg of Cocaine</u> | <u>Count One</u> |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

Place of Offense: __MA__    Category No. _____    Investigating Agency __DEA/MSP__

City __Lynn/Peabody__       **Related Case Information:**

County __Essex__       Superseding Ind./ Inf. __X__     Case No. __04-10299-PBS__
      Same Defendant __x__     New Defendant _____
      Magistrate Judge Case Number __04-m-1685-CBS__
      Search Warrant Case Number __04-m-1720 to 1730__
      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __EDGAR HOFFENS__       Juvenile   ☐ Yes   ☒ No

Alias Name __Carlos Colon Rivera, Tigueron__

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Caucasian__ Nationality: __US__

**Defense Counsel if known:**   **John Wall**       **Address:** __1 Commercial Wharf West__
      __Boston, MA 02110__
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__       Bar Number if applicable _____

Interpreter:   ☒ Yes ☐ No       List language and/or dialect: __Spanish__

Matter to be SEALED:   ☐ Yes ☒ No

    ☐ **Warrant Requested**       ☐ **Regular Process**       ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 3/23/05       Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** **(To be filled in by deputy clerk):** _____

**Name of Defendant**    **EDGAR HOFFENS**

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

/3

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**       **Category No.**   II       **Investigating Agency**   DEA

**City**    Lynn                **Related Case Information:**

**County**    Essex             Superseding Ind./ Inf.    X         Case No.   04-10299 PBS
                               Same Defendant    X        New Defendant
                               Magistrate Judge Case Number    04-M-1685 CBS
                               Search Warrant Case Number    04-M-1720 to 1730
                               R 20/R 40 from District of

**Defendant Information:**

Defendant Name    ROGELIO GARCIA                    Juvenile:    ☐ Yes    X No

Alias Name    LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA

Address    85 WALNUT AVE., REVERE, MA

Birthdate: 7/15/80    SS # 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  Sex:  MALE  Race:  Hispanic         Nationalit  USA

**Defense Counsel if known:**    James H. Budreau, Esq.      Address  20 Park Plaza, Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher               Bar Number if applicable

**Interpreter:**    ☐ Yes    X No        List language and/or dialect:

**Matter to be SEALED:**        Yes  X    No

         Warrant Requested        X☐  Regular Process        In Custody

**Location Status:**

Arrest Date

   Already in Federal Custody as of              in                              .
☐ Already in State Custody at ————————  ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:    Ordered by:   Mag. Judge Swartwood    on

**Charging Document:**        Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    ☐ X Felony ——— 2 ———

Continue on Page 2 for Entry of U.S.C. Citations

   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
   accurately set forth above.**

Date:    3/23/05              Signature of AUSA:

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   ROGELIO GARCIA _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

*14*

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  __MA__                Category No. _____        Investigating Agency  __DEA/MSP__

City  __Lynn/Peabody__                    **Related Case Information:**

County  __Essex__                    Superseding Ind./ Inf. __X__               Case No. __04-10299-PBS__
                                      Same Defendant  __x__              New Defendant
                                      Magistrate Judge Case Number  __04-m-1685-CBS__
                                      Search Warrant Case Number  __04-m-1720 to 1730__
                                      R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __JAVIER ANGEL ROMERO__          Juvenile  ☐ Yes   ☒ No

Alias Name  __Ramon Acosta, the Singer__

Address  _____

Birth date (Year only): _____  SSN (last 4 #): ____  Sex __M__  Race: __Hispanic__   Nationality: _____

Defense Counsel if known:   **Ray Buso**              Address:  **15 Church Street**
                                                              **Salem, MA 01970**
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher__              Bar Number if applicable  _____

Interpreter:  ☒ Yes  ☐ No        List language and/or dialect:   __Spanish__

Matter to be SEALED:   ☐ Yes   ☒ No

          ☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as  _____  in  _____ .
☐ Already in State Custody  _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by  _____  on  _____

**Charging Document:**    ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**    ☐ Petty  _____  ☐ Misdemeanor  _____  ☒ Felony  __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05          Signature of AUSA: _____

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     JAVIER ANGEL ROMERO _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

15

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** __MA_____    **Category No.** _____    **Investigating Agency** __DEA/MSP_____

**City** __Lynn/Peabody_____    **Related Case Information:**

**County** __Essex_____    Superseding Ind./ Inf. __X_____    Case No. __04-10299-PBS__

Same Defendant __x_____    New Defendant _____

Magistrate Judge Case Number __04-m-1685-CBS__

Search Warrant Case Number __04-m-1720 to 1730__

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __CHRISTIAN GERMOSEN_____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Hispanic__ Nationality: __Dom. Rep.__

**Defense Counsel if known:** __Michael Hickey__    **Address:** __15 Church Street__

__Salem, MA 01970__

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher_____    **Bar Number if applicable** _____

Interpreter: ☒ Yes ☐ No    List language and/or dialect: __Spanish__

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____ .

☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    <u>CHRISTIAN GERMOSEN</u>

U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   <u>21 U.S.C. Sec. 846</u> | <u>Conspiracy to Distribute 5 Kg of Cocaine</u> | <u>Count One</u> |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __MA__                Category No. _____        Investigating Agency __DEA/MSP__

City __Lynn/Peabody__                    **Related Case Information:**

County __Essex__                        Superseding Ind./ Inf. __X__            Case No. __04-10299-PBS__
                                        Same Defendant __x__            New Defendant
                                        Magistrate Judge Case Number   __04-m-1685-CBS__
                                        Search Warrant Case Number   __04-m-1720 to 1730__
                                        R 20/R 40 from District of

**Defendant Information:**

Defendant Name __JUAN MARTINEZ__                    Juvenile    ☐ Yes    ☒ No

Alias Name   __Juan Eustate__

Address

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Hispanic__ Nationality: __Mexican__

**Defense Counsel if known:**                        **Address:**

**Bar Number:**

**U.S. Attorney Information:**

AUSA __Neil Gallagher__                        **Bar Number if applicable**

Interpreter:    ☒ Yes ☐ No            List language and/or dialect:    __Spanish__

Matter to be SEALED:        ☐ Yes    ☒ No

        ☐ Warrant Requested            ☐ Regular Process            ☐ In Custody

**Location Status:**

Arrest Date:        __FUGITIVE__

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on

**Charging Document:**        ☐ Complaint        ☐ Information        ☒ Indictment

**Total # of Counts:**        ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: _3/23/05_        Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     __JUAN MARTINEZ__

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** __MA_____    Category No. _____    **Investigating Agency** __DEA/MSP_____

**City** __Lynn/Peabody_____    **Related Case Information:**

**County** __Essex_____

Superseding Ind./ Inf. __X_____    Case No. __04-10299-PBS__
Same Defendant __x_____    New Defendant _____
Magistrate Judge Case Number __04-m-1685-CBS__
Search Warrant Case Number __04-m-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __GERARDO VASSUER ORTIZ_____    Juvenile ☐ Yes ☒ No

Alias Name __Scarface_____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Hispanic__ Nationality: __Mexican__

**Defense Counsel if known:** __Richard Welsh_____    Address: __80 Worchester St., Ste 5__
**Bar Number:** _____    __North Grafton MA, 01536__

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher_____    **Bar Number if applicable** _____

Interpreter: ☒ Yes ☐ No    List language and/or dialect: __Spanish__

Matter to be SEALED: ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _3/23/05_    Signature of AUSA: _____

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    <u>GERARDO VASSUER ORTIZ</u> _____

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                    Category No. _____    Investigating Agency  DEA/MSP

City  Lynn/Peabody                    **Related Case Information:**

County    Essex                    Superseding Ind./ Inf.    X                    Case No.    04-10299-PBS
                                     Same Defendant    x                    New Defendant _____
                                     Magistrate Judge Case Number        04-m-1685-CBS
                                     Search Warrant Case Number        04-m-1720 to 1730
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   PHIL ASARO                    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:   Caucasian    Nationality: _____

**Defense Counsel if known:    Kirk Griffin**        Address:  **50 Standford Street**
                                                              **Boston, MA 02114**
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher                    Bar Number if applicable _____

Interpreter:    ☐ Yes  ☒ No        List language and/or dialect: _____

Matter to be SEALED:    ☐ Yes    ☒ No

    ☐ Warrant Requested            ☐ Regular Process            ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____  in  _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:    Ordered by  MJ Swartwood        on    May 2004

**Charging Document:**    ☐ Complaint        ☐ Information        ☒ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05                    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    <u>PHIL ASARO</u> _____

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  <u>21 U.S.C. Sec. 846</u> | <u>Conspiracy to Distribute 5 Kg of Cocaine</u> | <u>Count One</u> |
| Set 2 _____ | _____ | _____ |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |
| Set 5 _____ | _____ | _____ |
| Set 6 _____ | _____ | _____ |
| Set 7 _____ | _____ | _____ |
| Set 8 _____ | _____ | _____ |
| Set 9 _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____ **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA_____   **Category No.** _____   **Investigating Agency** _DEA/MSP_____

**City** __Lynn/Peabody_____   **Related Case Information:**

**County** ___Essex_____
| | |
|---|---|
| Superseding Ind./ Inf.  __X_____ | Case No. ___04-10299-PBS____ |
| Same Defendant   __x_____ | New Defendant _____ |
| Magistrate Judge Case Number  __04-m-1685-CBS____ | |
| Search Warrant Case Number  __04-m-1720 to 1730____ | |
| R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name  __SILVESTRE LIZARDI_____   Juvenile   ☐ Yes   ☒ No

Alias Name  _____

Address  _____

Birth date (Year only): _____  SSN (last 4 #): _____ Sex _M_ Race: __Hispanic____ Nationality: _____

**Defense Counsel if known:**   **Michael Sneider**   **Address: 95 Commercial Wharf**
   **Boston, MA 2110**
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA _Neil Gallagher_____   **Bar Number if applicable** _____

Interpreter:   ☒ Yes ☐ No   List language and/or dialect:   _Spanish_____

Matter to be SEALED:   ☐ Yes ☒ No

   ☐ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by __MJ Swartwood_____ on __May 2004____

**Charging Document:**   ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _1 count____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _3/23/05_   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    SILVESTRE LIZARDI _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.**  II              **Investigating Agency**  DEA

**City**   Lynn                         **Related Case Information:**

**County**   Essex                      Superseding Ind./ Inf.  X              Case No.  04-10299 PBS
                                        Same Defendant    x              New Defendant
                                        Magistrate Judge Case Number    04-M-1685 CBS
                                        Search Warrant Case Number    04-M-1720 to 1730
                                        R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ROBERT V. RUSCIO                        Juvenile:      ☐ Yes    X No

Alias Name

Address    286 NEWBURY ST., PEABODY, MA

Birthdate: 7/15/51    SS # 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  Sex:  MALE  Race: White              Nationalit  USA

**Defense Counsel if known:**    Edward L. Hayden, Esq.       Address  7 Franklin St., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher                        Bar Number if applicable

**Interpreter:**      ☐ Yes    X No        List language and/or dialect:

**Matter to be SEALED:**        Yes   X     No

   \ Warrant Requested              X☐  Regular Process        In Custody

**Location Status:**

Arrest Date

   Already in Federal Custody as of                        in

☐ Already in State Custody at ——————————— ☐ Serving Sentence      ☐ Awaiting Trial

x  On Pretrial Release:    Ordered by:  Mag. Judge Swartwood    on

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty ——————  ☐ Misdemeanor ——————  X☐ Felony —— 2 ——

Continue on Page 2 for Entry of U.S.C. Citations

   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
   accurately set forth above.

Date:   3/23/05            Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   ROBERT V. RUSCIO

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 856 | MAINT. PLACE FOR DRUG PURPOSES | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** __MA__          **Category No.** _____     **Investigating Agency** __DEA/MSP__

**City** __Lynn/Peabody__          **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. __X__          Case No. __04-10299-PBS__
Same Defendant __x__          New Defendant _____
Magistrate Judge Case Number    __04-m-1685-CBS__
Search Warrant Case Number    __04-m-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __GIOVANI AVILA__          Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Hispanic__ Nationality: _____

**Defense Counsel if known:**    __Michael Natola__          **Address:** __240 Commerical Street, Ste 2B__
                                                                      __Boston, MA 02109__
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__          **Bar Number if applicable** _____

**Interpreter:**    ☐ Yes ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes    ☒ No

☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:** Ordered by __MJ Swartwood__ on __May 2004__

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _3/23/05_          **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     **GIOVANI AVILA** _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____ **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA_____   **Category No.** _____   **Investigating Agency** __DEA/MSP_____

**City** __Lynn/Peabody_____   **Related Case Information:**

**County** ___Essex_____   Superseding Ind./ Inf. ___X_____ Case No. ___04-10299-PBS____
Same Defendant ___x____   New Defendant _____
Magistrate Judge Case Number ___04-m-1685-CBS____
Search Warrant Case Number ___04-m-1720 to 1730____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name ___GILBERTO ZAYAS_____   Juvenile ☐ Yes  ☒ No

Alias Name ___Cumbia King, Tony_____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: ___Hispanic____ Nationality: _____

**Defense Counsel if known:** ___Raymond E. Gillespie_____   **Address:** _875 Massachusetts Ave, Ste 32_
_____Cambridge, MA 02139_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher_____   **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No   **List language and/or dialect:** ___Spanish_____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: **Ordered by** __MJ Swartwood____ **on** _May 2004___

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _1 count___

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** _3/23/05_   **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** ___**GILBERTO ZAYAS**_____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1 _21 U.S.C. Sec. 846_ | _Conspiracy to Distribute 5 Kg of Cocaine_ | _Count One_ |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

23

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                    Category No. _____     Investigating Agency  DEA/MSP

City  Lynn/Peabody              **Related Case Information:**

County  Essex                   Superseding Ind./ Inf.   X              Case No.   04-10299-PBS
                                Same Defendant    x           New Defendant _____
                                Magistrate Judge Case Number    04-m-1685-CBS
                                Search Warrant Case Number    04-m-1720 to 1730
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  LUIS E. DEJESUS                    Juvenile   ☐ Yes   ☒ No

Alias Name  Edgardo

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex  M  Race:  Hispanic  Nationality: _____

**Defense Counsel if known:**  John W. Laymon        Address: 77 Franklin Street, # 3
                                                      Boston, MA 02110

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher                    Bar Number if applicable _____

Interpreter:  ☒ Yes ☐ No        List language and/or dialect:      Spanish

Matter to be SEALED:   ☐ Yes  ☒ No

    ☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as  May 2004        in  Wyatt
☐ Already in State Custody _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date: 3/23/05           Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant   __LUIS E. DEJESUS_____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

2 4

Y⍟JS 45  (5/97) – (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          Category No.  II          **Investigating Agency**   DEA

**City**   Lynn                    **Related Case Information:**

**County**   Essex                Superseding Ind./ Inf.    X          Case No.   04-10299 PBS
                                  Same Defendant    X          New Defendant _____
                                  Magistrate Judge Case Number    04-M-  1731CBS
                                  Search Warrant Case Number    04- M 1720 to 1730
                                  R 20/R 40 from District of    _____

### Defendant Information:

Defendant Name   BENITO GRULLON                    Juvenile:    ☐ Yes    X No

Alias Name    QUICO

Address

Birthdate: _____ SS # _____ Sex:  MALE  Race:  Hispanic        Nationalit  Dominican

**Defense Counsel if known:**      Ron Ian Segal, Esq..          Address  23 Central Ave., Lynn, MA

Bar Number

### U.S. Attorney Information:

AUSA   Neil Gallagher                    Bar Number if applicable    _____

**Interpreter:**    X  Yes      No        List language and/or dialect:     Spanish

**Matter to be SEALED:**      Yes   X   No

        Warrant Requested        X  Regular Process        In Custody

### Location Status:

Arrest Date        5/1/04

X  Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at ——————— ☐ Serving Sentence      ☐ Awaiting Trial
X  On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**      ☐ Petty ——— ☐ Misdemeanor ——— X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    3/23/05          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    BENITO GRULLON _____

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 8 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-grulle.wpd - 2/7/02

25

⬎JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __MA, CA__    Category No. _____    Investigating Agency __DEA/MSP__

City __Lynn__                    **Related Case Information:**

County __Essex__         Superseding Ind./ Inf.  __x__          Case No.  __04-10299-PBS__
                         Same Defendant _____   New Defendant __X__
                         Magistrate Judge Case Number  _____
                         Search Warrant Case Number  _____
                         R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name __MARTIN CERNA GARCIA__              Juvenile  ☐ Yes   ☒ No

Alias Name __"Willy"; "Nephew"__

Address __11027 Meyers Dr., Cucamnga, CA 91730__

Birth date (Year only): __1963__  SSN (last 4 #): ____  Sex __M__ Race: __Hispanic__  Nationality: __Mexican__

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__                  Bar Number if applicable _____

Interpreter:   ☒ Yes ☐ No        List language and/or dialect:   __Spanish__

Matter to be SEALED:   ☒ Yes   ☐ No

    ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony  __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date: _3/23/05_       Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    MARTIN CERNA GARCIA _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 KG of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

<u>Criminal Case Cover Sheet</u>                                 <u>U.S. District Court - District of Massachusetts</u>

**Place of Offense:** __MA__                 **Category No.** _____     **Investigating Agency** __DEA/MSP__

**City** __Lynn, MA__                       **Related Case Information:**

**County** __Essex__                        Superseding Ind./ Inf. __x__             Case No. __04-10299-PBS__
                                            Same Defendant _____  New Defendant __X__
                                            Magistrate Judge Case Number  _____
                                            Search Warrant Case Number    _____
                                            R 20/R 40 from District of     _____

**Defendant Information:**

Defendant Name __ROBINSON RUIZ__                         Juvenile  ☐ Yes   ☒ No

Alias Name __"Metresa"__

Address __6 Houston Street, Lynn, MA 01905__

Birth date (Year only): __1964__ SSN (last 4 #): __6369__ Sex __M__ Race: __Hispanic__ Nationality: __Dom. Republic__

**Defense Counsel if known:** _____     **Address:** _____
                                                              _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__                    **Bar Number if applicable** _____

**Interpreter:**  ☒ Yes ☐ No        **List language and/or dialect:** __Spanish__

**Matter to be SEALED:**  ☒ Yes   ☐ No

      ☒ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

**Date:** __3/23/05__          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    ROBINSON RUIZ _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** MA          **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn, MA          **Related Case Information:**

**County** Essex          Superseding Ind./ Inf.   x          Case No.   04-10299-PBS
Same Defendant _____    New Defendant  X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   CARLOS RAFAEL ROJAS          Juvenile   ☐ Yes   ☒ No

Alias Name   "Chelo"; "Ramon"

Address

Birth date (Year only): _____  SSN (last 4 #): _____  Sex M Race: _____  Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher          **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes ☐ No          **List language and/or dialect:**   Spanish

**Matter to be SEALED:**   ☒ Yes   ☐ No

☒ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:   Ordered by** _____ **on** _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:**  3/23/05          Signature of AUSA: _____

✎JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   CARLOS RAFAEL ROJAS, a/k/a "Chelo," a/k/a "Ramon"_____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2   18 USC 924 | Poss. of a Firearm | Count Seven |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA__          **Category No.** _____    **Investigating Agency** __DEA/MSP__

**City** __Lynn/Peabody__              **Related Case Information:**

**County**  __Essex__                 Superseding Ind./ Inf.  __X__          Case No.  __04-10299-PBS__
                                      Same Defendant _____   New Defendant  __X__
                                      Magistrate Judge Case Number  _____
                                      Search Warrant Case Number  _____
                                      R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __CARLOS ORLANDO ARGUETA-MACARIO__      Juvenile    ☐ Yes    ☒ No

Alias Name  __"Chaparro"__

Address  __15 Washington Place, Peabody, MA 01960__

Birth date (Year only):  __1967__  SSN (last 4 #):  __0292__  Sex __M__ Race:  __Hispanic__  Nationality:  __Mexican__

**Defense Counsel if known:**  _____    **Address:**  _____

**Bar Number:**  _____

**U.S. Attorney Information:**

**AUSA**  __Neil Gallagher__          **Bar Number if applicable**  _____

Interpreter:    ☒ Yes  ☐ No        List language and/or dialect:    __Spanish__

Matter to be SEALED:    ☒ Yes    ☐ No

          ☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:**  _____

☐ Already in Federal Custody as  _____  in  _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by  _____  on  _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  __3 /23 /05__        Signature of AUSA:

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    CARLOS ORLANDO ARGUETA-MACARIO, a.k.a. "Chaparro"

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                Category No. _____     Investigating Agency  DEA/MSP

City  Lynn, MA                    **Related Case Information:**

County    Essex                  Superseding Ind./ Inf.   x                Case No.    04-10299-PBS
                                 Same Defendant                   New Defendant  X
                                 Magistrate Judge Case Number    _____
                                 Search Warrant Case Number      _____
                                 R 20/R 40 from District of      _____

**Defendant Information:**

Defendant Name   WILLIAM R. HOLMES                    Juvenile    ☐ Yes    ☒ No

Alias Name    "Billy"

Address    43 Reservoir Drive, Danvers, MA

Birth date (Year only):  1961  SSN (last 4 #):  7332  Sex  M  Race: _____  Nationality: _____

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher                    Bar Number if applicable _____

Interpreter:    ☐ Yes ☐ No         List language and/or dialect: _____

Matter to be SEALED:    ☒ Yes    ☐ No

       ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.

Date:  3/23/05            Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   WILLIAM R. HOLMES, a/k/a "Billy" _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

3ᴸ

🖎 JS 45 (5/97) - (Revised USAO MA 6/29/04)

<u>Criminal Case Cover Sheet</u>                                  <u>U.S. District Court - District of Massachusetts</u>

**Place of Offense:** <u>MA</u>          **Category No.** _____    **Investigating Agency** <u>DEA/MSP</u>

**City** <u>Lynn, MA</u>                        **Related Case Information:**

**County** <u>Essex</u>                         Superseding Ind./ Inf.   <u>x</u>          Case No.   <u>04-10299-PBS</u>
                                                Same Defendant _____   New Defendant  <u>X</u>
                                                Magistrate Judge Case Number  _____
                                                Search Warrant Case Number  _____
                                                R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  <u>GENE A. ANDERSON</u>                    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address  <u>87 Broad Street #1, Lynn, MA</u>

Birth date (Year only):  <u>1970</u>  SSN (last 4 #):  <u>0733</u>  Sex <u>M</u>  Race: _____   Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  <u>Neil Gallagher</u>                    **Bar Number if applicable** _____

Interpreter:    ☐ Yes  ☐ No              **List language and/or dialect:** _____

Matter to be SEALED:    ☒ Yes    ☐ No

    ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____  in _____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  <u>1</u>

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: 3/23/05              Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    GENE A. ANDERSON

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

# MEMORANDUM

**DATE:** 3-23-05

**TO:** Courtroom Clerk for Judge _Saris_

and Magistrate Judge _Swartwood_

**FROM:** Catherine M. Gawlik, Customer Services Supervisor

**SUBJECT:** Assignment of New Indictment/Information (Superseding if checked _✓_ )

Please be advised that the following indictment/information returned or filed on _3-23-05_ has been assigned/referred to you.

Criminal No. _04-10299-PBS_ U.S.A. v. _Maria Escobar, et al_

_✓_ This **INDICTMENT/INFORMATION is SEALED.** The original file and copies will be maintained under seal until requested or retrieved.

_____ This INDICTMENT/INFORMATION is not sealed. The original file will be forwarded to _____ upon completion of case opening. A copy of the indictment/information is attached for your information.

**N.B.** 1. Please check defendant order if this case is superseding. The defendant order does not, and WILL NOT, be changed from that in the original case.

**COPY FOR:**

☐ CASE OPENING CLERK

☐ DISTRICT JUDGE COURTROOM CLERK

☐ MAG. JUDGE COURTROOM CLERK

☐ ASSISTANT U.S. ATTORNEY

☐ PROMIS

☐ PRETRIAL SERVICES

☐ COUNTER/PRESS FOLDER

(Indictment Memo.wpd - 2/99)

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## <u>ORDER OF REFERENCE</u>

*U S*

v.

*Maria Escobar, et al*

Check if previously referred

~~CA~~/CR No. _04-10299-PBS_

Criminal Category __II__

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge _Swartwood_ for the following proceedings:

(A)    Referred for full pretrial case management, including all dispositive motions.

(B)    Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)    Referred for discovery purposes only.

(D)    Referred for Report and Recommendation on:

      ( ) Motion(s) for injunctive relief
      ( ) Motion(s) for judgment on the pleadings
      ( ) Motion(s) for summary judgment
      ( ) Motion(s) to permit maintenance of a class action
      ( ) Motion(s) to suppress evidence
      ( ) Motion(s) to dismiss
      ( ) Post Conviction Proceedings[1]
     See Documents Numbered: _____

(E)    Case referred for events only. See Doc. No(s). _____

(F)    Case referred for settlement.

(G)    Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
      ( ) In accordance with Rule 53, F.R.Civ.P.
      ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)    Special Instructions: _____

_____

_____        By: _____
Date                                                   Deputy Clerk

(Order of Ref to MJ.wpd - 05/2003)

_____
     See reverse side of order for instructions

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 04-10299-PBS |
| v. | ) | |
| | ) | VIOLATIONS: |
| 1. MARIA ESCOBAR, | ) | |
| a/k/a "Luz Luciano," | ) | 21 U.S.C. §§ 846, 841(a)(1), |
| a/k/a "Chila," | ) | and 841(b)(1)(A)(ii) - |
| a/k/a "China," | ) | Conspiracy to Distribute |
| a/k/a "Chinita," | ) | Five Kilograms or More of |
| 2. DANIEL AGUILAR-PASOLES, | ) | Cocaine |
| a.k.a "Lik," | ) | |
| 3. ROBERTO SOLORIO, | ) | 21 U.S.C. § 856 -Maintaining |
| a/k/a "Primo," | ) | a Place for the Purpose of |
| 4. RICARDO MANUEL ESTRADA, | ) | Drug Distribution |
| 5. ANDRES MARTINEZ-ACEVEZ, | ) | |
| a/k/a Samuel Linares, | ) | 21 U.S.C. §§ 841(a)(1) and |
| a/k/a Castro Casimiro, | ) | 841(b)(1)(C) - Distribution |
| a/k/a Joel Zequeira, | ) | of Cocaine |
| a/k/a "Zequeira," | ) | |
| a/k/a "El Viejo," | ) | 21 U.S.C. §§ 846,841(a)(1) |
| 6. JOSE ROSALES, | ) | and 841(b)(1)(A)(ii) - |
| a/k/a Tony, | ) | Distribution of Five |
| a/k/a Toño, | ) | Kilograms or More of Cocaine |
| a/k/a Joel Agostini, | ) | |
| 7. VALENTIN MARTINEZ, | ) | 18 U.S.C. § 924(c)(1)(A) - |
| a/k/a Valentin RIVERA, | ) | Possession of a Firearm in |
| a/k/a "V," | ) | Furtherance of a Drug |
| a/k/a "Vale," | ) | Trafficking Crime |
| 8. MANUEL GERMOSEN, | ) | |
| a/k/a Kelvin Madera, | ) | 21 U.S.C. §§ 841(a)(1) and |
| a/k/a "Manolo," | ) | 841(b)(1)(A)(ii) - |
| 9. ABDALLAH HAMDAN, | ) | Possession With The Intent |
| 10. RICARDO MARTINEZ, | ) | to Distribute Five Kilograms |
| a/k/a "Chorizo," | ) | or More of Cocaine |
| a/k/a "Chori," | ) | |
| 11. HOWARD GREENBERG, | ) | 18 U.S.C. § 2 - Aiding and |
| 12. EDGAR HOFFENS, | ) | Abetting |
| a/k/a Carlos Colon Rivera, | ) | |
| a/k/a "Tigueron," | ) | 21 U.S.C. § 853 - Criminal |
| 13. ROGELIO GARCIA, | ) | Forfeiture Allegation |
| a/k/a "Lacuilla," | ) | |
| a/k/a "Lacuiji," | ) | |
| a/k/a "el Jarocho," | ) | |
| a/k/a "la Coladera, | ) | |

2

```
        a/k/a "la Lagartija,"      )
  14. JAVIER ANGEL ROMERO,          )
        a/k/a Ramon Acosta,         )
        a/k/a "the Singer"          )
  15. CHRISTIAN GERMOSEN,           )
  16. JUAN MARTINEZ,                )
        a/k/a Juan Eustate,         )
        a/k/a "Chon,"               )
  17. GERARDO VASSEUR ORTIZ,        )
        a/k/a "Scarface,"           )
  18. PHILLIP ASARO,                )
  19. SILVESTRE LIZARDI,            )
  20. ROBERT V. RUSCIO,             )
  21. GIOVANNI AVILA,               )
        a/k/a "Gio,"                )
        a/k/a "the Painter,"        )
  22. GILBERTO ZAYAS,               )
        a/k/a "Cumbia King"         )
        a/k/a "Tony,"               )
  23. LUIS E. DEJESUS,              )
        a/k/a "Edgardo,"            )
  24. BENITO GRULLON,               )
        a/k/a "Quico,"              )
  25. MARTIN CERNA-GARCIA,          )
        a/k/a "Willy,"              )
        a/k/a "Nephew"              )
  26. ROBINSON RUIZ,                )
        a/k/a "Metresa"             )
  27. CARLOS RAFAEL ROJAS,          )
        a/k/a "Chelo,"              )
        a/k/a "Ramon"               )
  28. CARLOS ORLANDO                )
      ARGUETA-MACARIO,              )
        a/k/a "Chapparo,"           )
  29. WILLIAM R. HOLMES             )
        a/k/a "Billy," and          )
  30. GENE A. ANDERSON              )
```

Defendants.

SECOND SUPERSEDING INDICTMENT

3

**COUNT ONE:**   **(21 United States Code Section 846 - Conspiracy to Distribute Five Kilograms or More of Cocaine)**

The Grand Jury charges that:

From an unknown date but at least by in or about January

2001 and continuing until on or about May 1, 2004 at Lynn,

Danvers, Peabody, Salem, and elsewhere in the District of

Massachusetts, at the Bronx and Manhattan in the Southern

District of New York, at Mexico, and elsewhere,

> 1. **MARIA ESCOBAR,**
> **a/k/a Luz Luciano,**
> **a/k/a "Chila,"**
> **a/k/a "China,"**
> **a/k/a "Chinita,"**
> 2. **DANIEL AGUILAR-PASOLES,**
> **a.k.a "Lik,"**
> 3. **ROBERTO SOLORIO,**
> **a/k/a "Primo,"**
> 4. **RICARDO MANUEL ESTRADA,**
> 5. **ANDRES MARTINEZ-ACEVEZ,**
> **a/k/a Samuel Linares,**
> **a/k/a Castro Casimiro,**
> **a/k/a Joel Zequeira,**
> **a/k/a "Zequeira,"**
> **a/k/a "El Viejo,"**
> 6. **JOSE ROSALES,**
> **a/k/a Tony,**
> **a/k/a Toño,**
> **a/k/a Joel Agostini,**
> 7. **VALENTIN MARTINEZ,**
> **a/k/a Valentin RIVERA,**
> **a/k/a "V,"**
> **a/k/a "Vale,"**
> 8. **MANUEL GERMOSEN,**
> **a/k/a Kelvin Madera,**
> **a/k/a "Manolo,"**
> 9. **ABDALLAH HAMDAN,**
> 10. **RICARDO MARTINEZ,**

4

a/k/a "Chorizo,"
a/k/a "Chori,"
11. HOWARD GREENBERG,
12. EDGAR HOFFENS,
a/k/a Carlos Colon Rivera,
a/k/a "Tigueron,"
13. ROGELIO GARCIA,
a/k/a "Lacuilla,"
a/k/a "Lacuiji,"
a/k/a "el Jarocho"
a/k/a "la Coladera"
a/k/a "la Lagartija"
14. JAVIER ANGEL ROMERO,
a/k/a Ramon Acosta,
a/k/a "the Singer"
15. CHRISTIAN GERMOSEN,
16. JUAN MARTINEZ,
a/k/a Juan Eustate,
a/k/a "Chon,"
17. GERARDO VASSEUR ORTIZ,
a/k/a "Scarface,"
18. PHILLIP ASARO,
19. SILVESTRE LIZARDI,
20. ROBERT V. RUSCIO,
21. GIOVANNI AVILA,
a/k/a "Gio,"
a/k/a "the Painter,"
22. GILBERTO ZAYAS,
a/k/a "Cumbia King"
a/k/a "Tony,"
23. LUIS E. DEJESUS,
a/k/a "Edgardo,"
24. BENITO GRULLON,
a/k/a "Quico,"
25. MARTIN CERNA-GARCIA,
a/k/a "Willy,"
a/k/a "Nephew"
26. ROBINSON RUIZ,
a/k/a "Metresa"
27. CARLOS RAFAEL ROJAS,
a/k/a "Chelo,"
a/k/a "Ramon,"
28. CARLOS ORLANDO
ARGUETA-MACARIO,
a/k/a "Chapparo,"

5

**29. WILLIAM R. HOLMES**
**a/k/a "Billy," and**
**30. GENE A. ANDERSON**

defendants herein, did knowingly and intentionally combine,

conspire, confederate, and agree with each other and with other

persons, known and unknown to the Grand Jury, to distribute

cocaine, a Schedule II controlled substance, in violation of

Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy involved at least

five kilograms of a mixture and substance containing a detectable

amount of cocaine, a Schedule II controlled substance.

Accordingly, Title 21, United States Code, Section

841(b)(1)(A)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Sections

846.

6

**COUNT TWO:**     **(Title 21, United States Code, Section 856(a)(1) -**
                   **Maintaining a Place for Drug Purposes; Title 18,**
                   **United States Code, Section 2 - Aiding and**
                   **Abetting)**

From in or about December 2001 continuing until on or

about May 1, 2004, at Salem, and elsewhere in the District of

Massachusetts,

### 20. ROBERT V. RUSCIO,

defendant herein, did knowingly and intentionally open, lease,

rent, use, and maintain a place, to wit; 62 Rear Jefferson

Avenue, Salem, MA, for the purpose of manufacturing,

distributing, and using a controlled substance.

All in violation of Title 21, United States Code, Section

856(a)(1) and Title 18, United States Code, Section 2.

7

**COUNT THREE:** **(Title 21, United States Code, Section 841(a)(1) -**
**Distribution of Cocaine; Title 18, United States**
**Code, Section 2 - Aiding and Abetting)**

On or about April 30, 2003, at Saugus, and elsewhere in the

District of Massachusetts,

**6. JOSE ROSALES,**
**a/k/a Tony,**
**a/k/a Toño,**
**a/k/a Joel Agostini,**
**a/k/a Jose Abreu, and**
**9. ABDALLAH HAMDAN,**

defendants herein, did knowingly and intentionally distribute and

cause the distribution of cocaine, a Schedule II controlled

substance.

All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

8

**COUNT FOUR:**      **(Title 21, United States Code, Section 841(a)(1) –**
**Distribution of Cocaine; Title 18, United States**
**Code, Section 2 – Aiding and Abetting)**

On or about May 6, 2003, at Saugus, and elsewhere in the

District of Massachusetts,

**6. JOSE ROSALES,**
**a/k/a Tony,**
**a/k/a Toño,**
**a/k/a Joel Agostini,**
**a/k/a Jose Abreu, and**
**9. ABDALLAH HAMDAN,**

defendants herein, did knowingly and intentionally distribute and

cause the distribution of cocaine, a Schedule II controlled

substance.

All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

9

**COUNT FIVE:**     **(Title 21, United States Code, Section 841(a)(1) -**
                    **Distribution of Cocaine; Title 18, United States**
                    **Code, Section 2 - Aiding and Abetting)**

On or about July 23, 2003, at Saugus, and elsewhere in the
District of Massachusetts,

**6. JOSE ROSALES,**
**a/k/a Tony,**
**a/k/a Toño,**
**a/k/a Joel Agostini,**
**a/k/a Jose Abreu, and**
**9. ABDALLAH HAMDAN,**

defendants herein, did knowingly and intentionally distribute and
cause the distribution of cocaine, a Schedule II controlled
substance.

All in violation of Title 21, United States Code, Section
841(a)(1) and Title 18, United States Code, Section 2.

10

**COUNT SIX:** **(Title 21, United States Code, Section 841(a)(1) - Distribution of Five Kilograms or More of Cocaine; Title 18, United States Code, Section 2 - Aiding and Abetting)**

On or about July 26, 2003 at Salem, Peabody, Medford, and elsewhere in the District of Massachusetts,

> **7.  VALENTIN MARTINEZ,**
> **a/k/a Valentin RIVERA,**
> **a/k/a "V,"**
> **a/k/a "Vale,"**
> **13.  ROGELIO GARCIA,**
> **a/k/a "Lacuilla,"**
> **a/k/a "Lacuiji,"**
> **a/k/a "el Jarocho,"**
> **a/k/a "la Coladera,"**
> **a/k/a "la Lagartija," and**
> **27.  CARLOS RAFAEL ROJAS,**
> **a/k/a "Chelo,"**
> **a/k/a "Ramon,"**

defendants herein, did knowingly and intentionally distribute and cause the distribution of cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

11

**COUNT SEVEN:    (Title 18, United States Code, Section 924(c) -
Possession of a Firearm in Furtherance of a Drug
Trafficking Crime; Title 18, United States Code,
Section 2 - Aiding and Abetting)**

On or about July 26, 2003 at Salem, Peabody, Medford, and
elsewhere in the District of Massachusetts,

> **7. VALENTIN MARTINEZ,**
> **a/k/a Valentin RIVERA,**
> **a/k/a "V,"**
> **a/k/a "Vale," and**
> **27. CARLOS RAFAEL ROJAS,**
> **a/k/a "Chelo,"**
> **a/k/a "Ramon,"**

defendants herein, did knowingly and intentionally possess a

firearm, to wit: an Uzi 9mm firearm, bearing serial number

SZ28382, in furtherance of a drug trafficking crime, namely,

distribution of cocaine, as alleged in Count Six of the Second

Superseding Indictment charged herein.

All in violation of Title 18, United States Code, Section
924(c)(1)(A).

12

**COUNT EIGHT:**     **(Title 21, United States Code, Section 841(a)(1) –**
**Distribution of Cocaine; Title 18, United States**
**Code, Section 2 – Aiding and Abetting)**

On or about July 30, 2003, at Lynn, and elsewhere in the

District of Massachusetts,

### 24. BENITO GRULLON,
### a/k/a "Quico,"

defendant herein, did knowingly and intentionally distribute and

cause the distribution of cocaine, a Schedule II controlled

substance.

All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

13

COUNT NINE:   (Title 21, United States Code, Section 841(a)(1) -
              Possession With the Intent to Distribute Five
              Kilograms or More of Cocaine; Title 18, United
              States Code, Section 2 - Aiding and Abetting)

On or about May 1, 2004, at Peabody, Danvers, and

elsewhere in the District of Massachusetts, and elsewhere,

1. MARIA ESCOBAR,
a/k/a Luz Luciano,
a/k/a "Chila,"
a/k/a "China,"
a/k/a "Chinita,"
2. DANIEL AGUILAR-PASOLES,
a.k.a "Lik,"
3. ROBERTO SOLORIO,
a/k/a "Primo,"
4. RICARDO MANUEL ESTRADA,
5. ANDRES MARTINEZ-ACEVEZ,
a/k/a Samuel Linares,
a/k/a Castro Casimiro,
a/k/a Joel Zequeira,
a/k/a "Zequeira,"
a/k/a "El Viejo,"

defendants herein, did knowingly and intentionally possess

with the intent to distribute cocaine, a Schedule II

controlled substance.

It is further alleged that this offense involved at least

five kilograms of a mixture and substance containing a

detectable amount of cocaine, a Schedule II controlled

substance. Accordingly, Title 21, United States Code, Section

841(b)(1)(A)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

14

**DRUG FORFEITURE ALLEGATION**
**(21 U.S.C. §853 -- Criminal Forfeiture)**

The Grand Jury further charges that:

1.    As a result of committing one or more of the

offenses alleged in Counts One through Nine of this

Second Superseding Indictment,

> 1. **MARIA ESCOBAR,**
> a/k/a Luz Luciano,
> a/k/a "Chila,"
> a/k/a "China,"
> a/k/a "Chinita,"
> 2. **DANIEL AGUILAR-PASOLES,**
> a.k.a "Lik,"
> 3. **ROBERTO SOLORIO,**
> a/k/a "Primo,"
> 4. **RICARDO MANUEL ESTRADA,**
> 5. **ANDRES MARTINEZ-ACEVEZ,**
> a/k/a Samuel Linares,
> a/k/a Castro Casimiro,
> a/k/a Joel Zequeira,
> a/k/a "Zequeira,"
> a/k/a "El Viejo,"
> 6. **JOSE ROSALES,**
> a/k/a Tony,
> a/k/a Toño,
> a/k/a Joel Agostini,
> 7. **VALENTIN MARTINEZ,**
> a/k/a Valentin RIVERA,
> a/k/a "V,"
> a/k/a "Vale,"
> 8. **MANUEL GERMOSEN,**
> a/k/a Kelvin Madera,
> a/k/a "Manolo,"
> 9. **ABDALLAH HAMDAN,**
> 10. **RICARDO MARTINEZ,**
> a/k/a "Chorizo,"
> a/k/a "Chori,"
> 11. **HOWARD GREENBERG,**
> 12. **EDGAR HOFFENS,**
> a/k/a Carlos Colon Rivera,
> a/k/a "Tigueron,"

15

13. ROGELIO GARCIA,
a/k/a "Lacuilla,"
a/k/a "Lacuiji,"
a/k/a "el Jarocho"
a/k/a "la Coladera"
a/k/a "la Lagartija"
14. JAVIER ANGEL ROMERO,
a/k/a Ramon Acosta,
a/k/a "the Singer"
15. CHRISTIAN GERMOSEN,
16. JUAN MARTINEZ,
a/k/a Juan Eustate,
a/k/a "Chon,"
17. GERARDO VASSEUR ORTIZ,
a/k/a "Scarface,"
18. PHILLIP ASARO,
19. SILVESTRE LIZARDI,
20. ROBERT V. RUSCIO,
21. GIOVANNI AVILA,
a/k/a "Gio,"
a/k/a "the Painter,"
22. GILBERTO ZAYAS,
a/k/a "Cumbia King"
a/k/a "Tony,"
23. LUIS E. DEJESUS,
a/k/a "Edgardo,"
24. BENITO GRULLON,
a/k/a "Quico,"
25. MARTIN CERNA-GARCIA,
a/k/a "Willy,"
a/k/a "Nephew"
26. ROBINSON RUIZ,
a/k/a "Metresa"
27. CARLOS RAFAEL ROJAS,
a/k/a "Chelo,"
a/k/a "Ramon,"
28. CARLOS ORLANDO
ARGUETA-MACARIO,
a/k/a "Chapparo,"
29. WILLIAM R. HOLMES
a/k/a "Billy," and
30. GENE A. ANDERSON

defendants herein, shall forfeit to the United States, pursuant

16

to 21 U.S.C. §853: (1) any and all property constituting or
derived from any proceeds the said defendant obtained directly
or indirectly as a result of the charged offense; and (2) any
and all property used or intended to be used in any manner or
part to commit and to facilitate the commission of the offense,
including, but not limited to, the following:

- (a) $1,150.00 in United States currency, seized from Giovanni Enrique Avila on or about May 1, 2004;

- (b) $19,000.00 in United States currency, seized from Giovanni's Auto Body, 892 Washington Street, Lynn, Massachusetts, on or about May 1, 2004;

- (c) a 2000 Freightliner Tractor Classic XL, Vehicle Identification No. 1FUPCSEB9YDB42682, and California License No. UP20575, registered in the name of Ricardo Estrada;

- (d) $21,042.00 in U.S. Currency, seized from 29 Hardy Avenue, Newburyport, Massachusetts, on or about May 1, 2004;

- (e) $1,213.00 in U.S. Currency, seized from Silvester Lizardi, on or about May 1, 2004;

- (f) the real property and buildings located at 892-898 Washington Street, Lynn, Massachusetts, which contains a auto body shop commonly known as "Giovanni's European Auto Body," a/k/a "Giovanni's BMW Auto Body", with a Deed recorded at Book 12349, Page 135, of the Southern Essex County Registry of Deeds;

- (g) $6,000 in U.S. Currency, seized from Judith Collado and Ruth Saldivar on or about May 5, 2004;

- (h) $4,360 in U.S. Currency, seized from Valentin Martinez on or about May 1, 2004;

- (i) $25,300 in U.S. Currency, seized from Phillip Asaro on or about May 1, 2004;

17

2.  If any of the above-described forfeitable properties, as a result of any act or omission of the defendants:

  (a)  cannot be located upon the exercise of due diligence;

  (b)  have been transferred or sold to, or deposited with, a third party;

  (c)  have been placed beyond the jurisdiction of the Court;

  (d)  have been substantially diminished in value; or

  (e)  have been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C.

§853(p), to seek forfeiture of any other property of said

defendants up to the value of the above forfeitable properties,

including, but not limited to, the following:

  (1)  the real property located at 88 Windsor Avenue, Swampscott, Massachusetts, including all buildings, appurtenances, and improvements thereon, with a Deed recorded at Book 23089, Page 204, of the Southern Essex County Registry of Deeds and Land Court Certificate No. 77407; and

  (2)  the real property located at 7A Buffum Street, Salem, Massachusetts, including all buildings, appurtenances, and improvements thereon, with a Deed recorded at Book 23089, Page 215, of the Southern Essex County Registry of Deeds.

All in violation of Title 21, United States Code, Section 853.

18

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
NEIL J. GALLAGHER
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; March 23, 2005

Returned into the District Court by the Grand Jurors and

filed.

_____
DEPUTY CLERK

11 3@ 4pm

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                **Category No.** II_____    **Investigating Agency** DEA_____

**City** Lynn_____    **Related Case Information:**

**County** Essex_____    Superseding Ind./ Inf. ___X_____    Case No. 04-10299 PBS
                                 Same Defendant ___x_____    New Defendant _____
                                 Magistrate Judge Case Number ___M 04-1732-CBS___
                                 Search Warrant Case Number ___04-M-1720-1730___
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name ___MARIA ESCOBAR_____    Juvenile:    ☐ Yes    X No

Alias Name ___"Luz Luciano"; "Chila"; "China"; "Chinita"_____

Address _____

Birthdate: _____ SS # _____ Sex: FEM_ Race: Hispanic_____ Nationalit Guatemala

**Defense Counsel if known:**    Michael Bourbeau, Esq.____    Address 77 Central Street, Boston, MA

Bar Number _____

**U.S. Attorney Information:**

AUSA ___Neil Gallagher_____    Bar Number if applicable _____

**Interpreter:**    X Yes    No        List language and/or dialect:    Spanish_____

**Matter to be SEALED:**        Yes X    No

        Warrant Requested        x Regular Process        In Custody

**Location Status:**

Arrest Date ___5/01/04_____

☐ Already in Federal Custody as of _____ in _____.

☐ Already in State Custody at —————————— ☐ Serving Sentence    ☐ Awaiting Trial

x On Pretrial Release:    Ordered by:    Mag. Judge Swartwood____    on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony ___2___

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: ___3/23/05_____    Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    MARIA ESCOBAR a/k/a "Luz Luciano"; "Chila"; "China"; "Chinita"

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-ESCOBAR.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**  Lynn                          **Related Case Information:**

**County**  Essex                       Superseding Ind./ Inf.   X          Case No.  04-10299 PBS
                                        Same Defendant   x          New Defendant
                                        Magistrate Judge Case Number   04-1732-CBS
                                        Search Warrant Case Number   04-M-1720-1730
                                        R 20/R 40 from District of

**Defendant Information:**

**Defendant Name**   DANIEL AGUILAR-PASOLES          Juvenile:   ☐ Yes   X No

**Alias Name**   "LIK"

**Address**

**Birthdate:**          SS #          Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**    Benjamin Entine, Esq.          Address  77 Franklin Street, Boston, MA

**Bar Number**                                          617-357-0770

**U.S. Attorney Information:**

**AUSA**   Neil Gallagher          Bar Number if applicable

**Interpreter:**       X Yes       No       List language and/or dialect:       Spanish

**Matter to be SEALED:**       Yes  X  No

     Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

**Arrest Date**      5/01/04

X  Already in Federal Custody as of          in   Wyatt Detention, Central Falls, RI   .
☐ Already in State Custody at          ☐ Serving Sentence
☐ On Pretrial Release:   Ordered by:          ☐ Awaiting Trial
                                                on

**Charging Document:**       Complaint       ☐ Information       X Indictment

**Total # of Counts:**       ☐ Petty          ☐ Misdemeanor          X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:    3/23/05          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    DANIEL AGUILAR-PASOLES

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-augilua.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.**  II_____        **Investigating Agency**  DEA_____

**City**  Lynn_____        **Related Case Information:**

**County**  Essex_____        Superseding Ind./ Inf.  X_____        Case No.  04-10299 PBS_____
                                 Same Defendant    x_____        New Defendant  _____
                                 Magistrate Judge Case Number    M 04-1732-CBS_____
                                 Search Warrant Case Number    04-M-1720 to 1730_____
                                 R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name   ROBERTO SOLORIO_____        Juvenile:    ☐ Yes    X No

Alias Name    "Primo"_____

Address    _____

Birthdate: _____ SS # _____ Sex:  MALE_ Race:  Hispanic_____ Nationalit  Mexican_____

**Defense Counsel if known:**    Syrie Fried, Esq._____        Address  Federal Defender_____

Bar Number    _____        617-223-8061_____

**U.S. Attorney Information:**

AUSA   Neil Gallagher._____        Bar Number if applicable    _____

**Interpreter:**    X  Yes        No        List language and/or dialect:    Spanish_____

**Matter to be SEALED:**        Yes  X    No

      Warrant Requested        X☐  Regular Process        In Custody

**Location Status:**

Arrest Date    5/01/04_____

☐ Already in Federal Custody as of    _____ in    _____
☐ Already in State Custody at ───────────── ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:    Ordered by:   Mag. Judge Swartwood_____ on _____

**Charging Document:**    Complaint        ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony    2_____

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  3/23/05_____        Signature of AUSA:  _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ROBERTO SOLORIO, a/k/a "Primo" _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-solorio.wpd - 2/7/02