AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

GENE A. ANDERSON

**WARRANT FOR ARREST**
Case Number: 04-10299-PBS

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2005 MAR 23 P 3: 54

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Gene A. Anderson**
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ INDICTMENT  ☐ INFORMATION  ☐ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

Conspiracy to Distribute 5KG of Cocaine

in violation of Title 21 United States Code, Section(s) 846

_____
Name of Issuing Officer

Supervisor
Title of Issuing Officer

_____
Signature of Issuing Officer

March 23, 2005   Boston, MA
Date and Location

Bail fixed at $ _____     BY _____

---

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT Chelsea, MA |

| DATE RECEIVED 3/23/05 | NAME AND TITLE OF ARRESTING OFFICER Paul Holey TFA | SIGNATURE OF ARRESTING OFFICER Paul Holey |
|---|---|---|
| DATE OF ARREST 5/25/05 | | |