AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

GENE A. ANDERSON

**WARRANT FOR ARREST**

Case Number: 04-10299-PBS

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2005 MAR 23 P 3: 54

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Gene A. Anderson**
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] INDICTMENT  [ ] INFORMATION  [ ] COMPLAINT  [ ] ORDER OF COURT  [ ] VIOLATION OF NOTICE  [ ] PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

Conspiracy to Distribute 5KG of Cocaine

in violation of 21 United States Code, Section(s) 846

Name of Issuing Officer

Signature of Issuing Officer

*Supervisor*
Title of Issuing Officer

March 23, 2005   Boston, MA
Date and Location

Bail fixed at $ _____    BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

WARRANT EXECUTED BY DEA
Y ARREST/ARRAIGNMENT OF THE DEFENDANT ON  5/25/05