UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 04-cr-10299-PBS |
| ) | |
| WILLIAM R. HOLMES, ) | |
| GENE A. ANDERSON, et al, ) | |
| Defendants. ) | |

### MOTION TO UNSEAL

The United States of America (the "government") hereby moves this Honorable Court to unseal the above-captioned matter with respect to defendants William R. Holmes and Gene A. Anderson. In support of this motion, the government states that: (i) defendants Holmes and Anderson have been arrested, thereby terminating the need for this matter to remain sealed, and (ii) now that arrests have been made, granting this motion would further the public's interest and the administration of justice.

WHEREFORE, for the foregoing reasons, the United States moves this Honorable Court to unseal the above captioned matter as to defendants William R. Holmes and Gene A. Anderson.

Respectfully submitted,

MICHAEL J. SULLIVAN,
United States Attorneys,

By: /s/ Lisa M. Asiaf
LISA M. ASIAF
Assistant U.S. Attorney
One Courthouse Way
Boston, MA 02210
Tel: (617) 748-3268

June 20, 2005

2

## CERTIFICATE OF SERVICE

A copy of this motion was served upon all counsel of record on this 20TH day of June, 2005.

*[signature]*
LISA MARIE ASIAF
Assistant U.S. Attorney