UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

                                   DOCKET NO.: 04-10299-PBS

UNITED STATES OF AMERICA

V.

WILLIAM HOLMES, et al.

**JOINT MOTION BY DEFENDANTS WILLIAM R. HOLMES
AND GENE A. ANDERSON FOR INITIAL STATUS CONFERENCE**

The defendants William R. Holmes and Gene A. Anderson hereby move for an initial status conference. In support thereof both defendants state as follows:

1. On July 28, 2005, counsel for defendants Holmes and Anderson appeared with counsel for several of the co-defendants.

2. The cases against the co-defendants have been pending for many months and have completed or nearly completed discovery.

3. As a consequence, all matters were sent to the Honorable Patti Saris for scheduling of a trial date;

4. Judge Saris set a trial date of February 27, 2006 for all defendants.

5. Counsel for Holmes and Anderson were instructed to request a date for an initial status conference from Magistrate Swartwood.

As a consequence, counsel for defendants Holmes and Anderson respectfully request one of the following dates for an initial status conference in Boston, Massachusetts: September 06, 2005, September 07, 2005, September 13, 2005 or September 14, 2005.

Respectfully submitted:

William R. Holmes
By his attorney,

/s/ Randy S. Chapman
_____
RANDY S. CHAPMAN, ESQ.
Chapman & Chapman, P.C.
111 Everett Avenue, Suite 2-A
Chelsea, MA 02150
(617) 884-6400
BBO#: 548076



Respectfully submitted:

Gene Anderson
By his attorney,

/s/ Kevin Lawrence Barron
_____
KEVIN LAWRENCE BARRON, ESQ.
453 Washington Street, Ste. 5B
Boston, MA 02111-1325
(617) 407-6837
BBO#: 550712


Dated:    August 2, 2005