UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

                                     CRIMINAL ACTION
                                     NO.  04-10299-PBS

          v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

## **NOTICE OF STATUS CONFERENCE**


SARIS, U.S.D.J.                                        November 21, 2005


      Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA


                                 By the Court,


                                 _/s/ Robert C. Alba__
                                 Deputy Clerk


Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

                                        CRIMINAL ACTION
                                        NO.   04-10299-PBS

            v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

## NOTICE OF STATUS CONFERENCE


SARIS, U.S.D.J.                                 November 21, 2005


        Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA


                                        By the Court,


                                         _/s/ Robert C. Alba__
                                        Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

                                      CRIMINAL ACTION
                                      NO.   04-10299-PBS

           v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

## NOTICE OF STATUS CONFERENCE


SARIS, U.S.D.J.                                 November 21, 2005


      Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA


                              By the Court,


                              _/s/ Robert C. Alba__
                              Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

                                                    CRIMINAL ACTION
                                                    NO.  04-10299-PBS

                    v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

## NOTICE OF STATUS CONFERENCE


SARIS, U.S.D.J.                                      November 21, 2005


        Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA


                                    By the Court,


                                     _/s/ Robert C. Alba__
                                    Deputy Clerk


Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

                                              CRIMINAL ACTION
                                               NO.   04-10299-PBS

                    v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

**<u>NOTICE OF STATUS CONFERENCE</u>**


SARIS, U.S.D.J.                                    November 21, 2005


        Please take notice that a Status Conference **<u>with all counsel representing the above-
named defendants present</u>** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in
Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA


                                    By the Court,


                                     _/s/ Robert C. Alba__
                                    Deputy Clerk


Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

                                        CRIMINAL ACTION
                                        NO.   04-10299-PBS

              v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

## NOTICE OF STATUS CONFERENCE


SARIS, U.S.D.J.                                        November 21, 2005


        Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA



                              By the Court,


                               _/s/ Robert C. Alba__
                              Deputy Clerk


Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

                                        CRIMINAL ACTION
                                        NO.   04-10299-PBS

                 v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

### NOTICE OF STATUS CONFERENCE


SARIS, U.S.D.J.                                       November 21, 2005


      Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA


                                    By the Court,


                                    _/s/ Robert C. Alba__
                                    Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

                                                  CRIMINAL ACTION
                                                  NO.   04-10299-PBS

           v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

## **NOTICE OF STATUS CONFERENCE**


SARIS, U.S.D.J.                                            November 21, 2005


       Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA


                                       By the Court,


                                       _/s/ Robert C. Alba__
                                       Deputy Clerk

Copies to:  All Counsel