# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | CRIMINAL ACTION |
| ) | NO. 04-10299-PBS |
| MARIA ESCOBAR, ET AL, ) | |
| Defendants, ) | |

## STATUS REPORT
### January 20, 2006

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saris, J. concerning the following Defendants:

1. **Carlos Orlando Argueta-Macario, William R. Holmes and Gena A. Anderson.**

As the Court is aware, this is a multi-defendant case and the above three Defendants have fairly recently been arrested in connection with this Indictment and their counsel have not as yet had an opportunity to completely review all discovery produced by the Government and have requested additional time to complete that review. I have granted that request. Additionally, I am establishing the following schedule for completion of discovery with respect to this case against these three Defendants:

1. The Defendants may file a consolidated discovery request letter by Tuesday, February 14, 2006 and the Government

shall serve each of the Defendants with a written response to their consolidated discovery request by February 28, 2006.

2. Further Status Conference

A further status conference to determine whether on not there are any remaining discovery issues shall be held in this case on March 1, 2006, at 3:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. Excludable Time

At the request of the Government and with the assent of counsel for these three Defendants, I am excluding from the Speedy Trial Act, the period from January 17, 2006 (date of expiration of prior order of excludable time) through February 28, 2006 (date by which the Government is to serve each of the Defendants with a written response to their consolidated discovery request letter). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Tuesday, May 9, 2006.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE