UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MARIA ESCOBAR, ET AL, )<br>      Defendants, )<br>) | **CRIMINAL ACTION**<br>**NO. 04-10299-PBS** |

**ORDER OF EXCLUDABLE TIME**
**January 20, 2006**

**SWARTWOOD, C.M.J.**

    It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from January 17, 2006 (date of expiration of prior order of excludable time) through February 28, 2006 (date by which the Government is to serve each of the Defendants with a written response to their consolidated discovery request letter) shall be excluded from the Speedy Trial Act.

                                                    /s/Charles B. Swartwood, III
                                                    CHARLES B. SWARTWOOD, III
                                                    CHIEF MAGISTRATE JUDGE