UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

                                            Case No.: 1:04-cr-10299-PBS-30

v.

Luciano, GENE ANDERSON, et al

### DEFENDANT GENE ANDERSON'S ASSENTED-TO MOTION TO CONTINUE

N O W   C O M E S defendant, Gene Anderson, and moves to continue this matter from February 27, 2006 to the July 10, 2006 trial calendar on the following grounds:

1. Mr. Anderson was one of the last defendants to be arraigned. His case has followed the second grouping of these defendants, none of whom are going to trial.

2. The discovery period is still open as of today. The defense is not prepared to try this case.

3. Counsel has been ordered for trial on February 27, 2006 in *US v. Farese & Armstrong*, Action No. 1:05-cr-10124-WGY.

4. AUSA's Bower and Gallagher have assented to this motion.

Dated this 14th day of February, 2006 at Boston, Massachusetts.

                                          /s./ *Kevin L. Barron*
                                          Kevin Lawrence Barron BBO550712
                                          Attorney for GENE ANDERSON
                                          453 Washington Street - 5th Fl.
                                          Boston MA 02111-1325
                                          Tel. No. 617-482-6368
                                          Cellular 617-407-6837

### CERTIFICATE OF SERVICE

Counsel certifies that he has caused a true copy of this motion to be served on all parties electronically through this District's ECF today, February 14, 2006.

                                        /s./ *Kevin L. Barron*
                                        Kevin Lawrence Barron BBO550712