# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION** |
| | ) | **NO. 04-10299-PBS** |
| MARIA ESCOBAR, ET AL, | ) | |
| Defendants, | ) | |
| | ) | |

## STATUS REPORT
**March 8, 2006**

**HILLMAN, M.J.**

The following is a Status Report to Saris, J. concerning the following Defendants:

1. Discovery

**Carlos Orlando Argueta-Macario, William R. Holmes and Gene A. Anderson.**

This is a multi-defendant drug case and the above three Defendants were arrested in connection with these Indictments well after their co-defendants.  On January 20, 2006, Chief Magistrate Judge Swartwood granted these defendants' request for additional time to review the voluminous discovery materials produced by the Government.  To date, counsel for Mr. Holmes has had such an opportunity; however, counsel for Carlos Orlando Argueta-Macario has not been able to review the material because he has been on trial in a lengthy and complicated case.  Counsel for Gene A. Anderson did not attend the status conference nor did he contact any other counsel to appear for him.  Furthermore, my Courtroom Clerk made several attempts to contact counsel for Mr. Anderson without success.  **IN THE FUTURE, ANY COUNSEL WHO IS UNABLE TO**

**ATTEND A SCHEDULED STATUS CONFERENCE MUST NOTIFY THIS COURT IN ADVANCE OF THE HEARING DATE.**  Counsel for Mr. Argueta-Macario has requested additional time to review the discovery material.  I have granted that request as to Mr. Argueta-Macario, and I am also giving counsel for Messrs. Holmes and Anderson additional time to review discovery.  I have established the following schedule for completion of discovery with respect to these three Defendants:  Defendants may file a consolidated discovery motion by March 14, 2006 and the Government shall file its response by Tuesday, March 28, 2006.

       2.      <u>Further Status Conference; Trial Date; Excludable Time</u>

A further status conference shall be held in this case on March 29, 2006, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.  All outstanding discovery issues shall be addressed at this time.  A trial date of July 10, 2006 has been set in this case and Judge Saris has previously excluded from the Speedy Trial Act all time through that date.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE

2