# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) ) | CRIMINAL ACTION NO. 04-10299-PBS |
| MARIA ESCOBAR, ET AL, Defendants, | ) ) ) | |

## FINAL STATUS REPORT
### March 31, 2006

**HILLMAN, M.J.**

The following is a Status Report to Saris, J. concerning the following Defendants:

1. <u>Discovery</u>

**<u>Carlos Orlando Argueta-Macario, William R. Holmes and Gene A. Anderson.</u>**

This is a multi-defendant drug case and the above three Defendants were arrested in connection with these Indictments well after their co-defendants. On March 8, 2006, because of counsel's schedule and because of the voluminous amount of discovery material, counsel were given additional time to review the material which they have done. The parties represent that the discovery is complete and that the matter can be returned to Judge Saris to honor the July 10, 2006 trial date. Counsel for the Defendant, Mr. Argueta-Marcario, has indicated that he will be filing an evidentiary motion. A trial date of July 10, 2006, has been set in this case and Judge Saris has previously excluded from the Speedy Trial Act all time through that date.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE