UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 04-10299-PBS |
| v.  ) | |
| ) | 21 U.S.C. §843(b) - Unlawful Use |
| GENE ANDERSON  ) | of a Communication Facility |
| Defendant  ) | |
| ) | 18 U.S.C. §2 - Aiding and |
| ) | Abetting |

## INFORMATION

COUNT ONE:   (21 U.S.C. § 843(b) -- Unlawful Use of a Communication Facility; 18 U.S.C. § 2 - Aiding and Abetting)

The United States Attorney charges that:

On or about December 23, 2003, in the District of Massachusetts and elsewhere,

**GENE ANDERSON**

defendant herein, did knowing and intentionally use a communication facility, to wit: a cellular telephone assigned telephone number (781) 367-4527, in committing, causing and facilitating a drug trafficking offense, specifically Conspiracy to Distribute Cocaine in violation of Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

                                **MICHAEL J. SULLIVAN**
                                United States Attorney

                    By: _____
                          Neil J. Gallagher, Jr.
                          Assistant U.S. Attorney

DATED: July 7, 2006

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| Place of Offense: Lynn | Category No. I | Investigating Agency DEA |
| City Lynn | Related Case Information: | |
| County | Superseding Ind./ Inf. X | Case No. 04-10299-PBS |
| | Same Defendant x | New Defendant |
| | Magistrate Judge Case Number | |
| | Search Warrant Case Number | |
| | R 20/R 40 from District of | |

**Defendant Information:**

Defendant Name  GENE ANDERSON      Juvenile ☐ Yes ☒ No

Alias Name

Address  87 Broad Street, #1

Birth date (Year only): 1970  SSN (last 4 #): 0733  Sex M  Race: Afrc. Am  Nationality: USA

Defense Counsel if known:  Kevin Barron     Address: 453 Washington Street, Boston, MA

Bar Number:

**U.S. Attorney Information:**

AUSA  Neil Gallagher     Bar Number if applicable

Interpreter: ☐ Yes ☒ No    List language and/or dialect: n/a

Victims: ☐ Yes ☒ No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date:  March 25, 2005

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by Judge Saris on 7/7/06

Charging Document: ☐ Complaint ☒ Information ☐ Indictment

Total # of Counts: ☐ Petty ☐ Misdemeanor ☒ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/7/06      Signature of AUSA: 

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   GENE ANDERSON

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. 843(b) | Unlawful Use of a Communication Facility | 1 |
| Set 2 | 18 U.S.C. 2 | Aiding and Abetting | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**