UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

                                               Case No.: 1:04-cr-10299-PBS-30

v.

GENE ANDERSON, et al

## MOTION TO ENLARGE TIME

N O W  C O M E S defendant, Gene Anderson, and moves to continue the October 20, 2006 sentencing to the week of December 11, 2006 to give the defendant and US Probation additional time to obtain medical records. Probation and counsel have conferred and reviewed medical and other records presently available to Probation.   Counsel is concerned that the Court and the Bureau of Prisons have a complete picture of Mr. Anderson's mental health and medical history.  Counsel requests and additional two weeks to comment on the PSR.

    Probation assents to this motion.   Counsel and AUSA Gallagher have conferred and the government does not object.

    Dated this 15th day of September, 2006 at Boston, Massachusetts.

                                       /s/ *Kevin L. Barron*
                                       Kevin L. Barron BBO550712
                                       Attorney for GENE ANDERSON
                                       453 Washington Street - 5th Fl.
                                       Boston MA 02111-1325
                                       Tel. No. 617-482-6368
                                       Cellular 617-407-6837

2

CERTIFICATE OF SERVICE

Counsel certifies that he has caused a true copy of this motion to be served on AUSA Neil Gallagher through this District's ECF today, September 15, 2006. No party requires service of this motion by other means. Counsel has sent USPO Jennifer Sinclair a true copy of this motion by electronic mail attachment.

/s/ *Kevin L. Barron*
Kevin L. Barron BBO550712