UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

Case No.: 1:04-cr-10299-PBS-30

v.

GENE ANDERSON, et al

MOTION TO CONTINUE

N O W   C O M E S defendant, Gene Anderson, and moves to continue the December 12, 2006 sentencing hearing for an additional 60 days to obtain records for Mr. Anderson's evaluation.  The defense is concerned that the Court and the Bureau of Prisons have a complete picture of Mr. Anderson's medical history for purposes of designation and treatment within BOP.

Counsel and AUSA Gallagher have conferred and the government does not object to this motion.

Counsel files an affidavit under seal further explaining the grounds for this motion.

Dated this 27th day of November, 2006 at Boston, Massachusetts.

/s/   *Kevin L. Barron*

Kevin L. Barron BBO550712
Attorney for GENE ANDERSON
453 Washington Street - 5th Fl.
Boston MA 02111-1325
Tel. No. 617-482-6368
Cellular 617-407-6837

CERTIFICATE OF SERVICE

Counsel certifies that he has caused a true copy of this motion to be served on AUSA Neil Gallagher through this District's ECF today, November 27, 2006.  No party requires service of this motion by other means.

/s/   *Kevin L. Barron*

Kevin L. Barron BBO550712