UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA

Case No.: 1:04-cr-10299-30-**PBS**

v.

GENE ANDERSON,
      Defendant.

## MOTION TO SEAL

N OW  C O M E S  Kevin L. Barron, CJA counsel to defendant, and moves for an order impounding certain sentencing motions and submissions. Counsel moves on the grounds that said materials contain information referring to privileged medical information. Counsel agrees to serve the government with a printed copy of these materials at the time of filing.

      As L.R. 7.2(d) requires, counsel files this motion before making any seal filings. Counsel believes there is good cause that the impoundment order should not be lifted. L.R. 7.2(a). In accordance with L.R. 7.2 (c), there should be no cut-off date for the order sought in this motion; a year after that date the judgment of this action becomes final (*or at such earlier time the Court directs*), material not specifically released from impoundment should be returned to counsel for storage or destruction. This request should not be construed as a blanket order of impoundment. L.R. 7.2(e). It is intended to apply only to anticipated sentencing materials concerning physical or mental health, alcohol or substance abuse such as a motion to amend the PSR, sentencing memoranda and related submissions and reports of doctors, psychologists or other health care providers.

Dated this 5th day of February, 2007 at Boston, Massachusetts.

/s./ *Kevin L. Barron*
Kevin Lawrence Barron 550712
Attorney for GENE ANDERSON
453 Washington Street 5B
Boston, MA 02111-1325
Tel. No. 617-482-6368
Fax: 617-517-7711
Email: kevin.barron@mac.com

CERTIFICATE

Counsel certifies that today, February 5th, 2007, he has caused AUSA Neil Gallagher, Esq., to be served with a true copy of this motion by filing the same through CM/ECF. No other party requires services by any other means.

/s./ *Kevin L. Barron*
Kevin Lawrence Barron 550712

2