UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

                                      Case No.: 1:04-cr-10299-PBS-30

v.

GENE ANDERSON, et al,
        Defendants.

DEFENDANT GENE ANDERSON'S MOTION
FOR JUDICIAL RECOMMENDATION TO
RDAP PLACEMENT AT FCI FORT DIX

Defendant, Gene Anderson, requests a judicial recommendation for placement in the Residential Drug Abuse Program ("RDAP") at Ft. Dix. Counsel says as follows in support of this motion:

    1.    Counsel has reason to believe that Mr. Anderson meets the eligibility criteria of the RDAP Program Statement. See, US Bureau of Prisons Program Statement No. 5330.10, §5.4.1 (Ch. 5, pp. 3 -4) (changes effective October 9, 1997).

    2.    Mr. Anderson's "prior adult criminal record includes no convictions which disqualify him for early release, based on the Director's Discretion" and his "current conviction does not exclude him/her from early release according to the Categorization of Offenses Program Statement. RDAP Program Statement §6.1.1 (Ch. 6, p. 2).

    3.    Mr. Anderson requests designation to FCI Ft. Dix, a facility in New Jersey listed as a participant in the Bureau's RDAP. Mr. Anderson requests a second alternative designation (only should Ft. Dix not be available) to FCI Allenwood Low in central Pennsylvania.

4. In support of the foregoing, Mr. Anderson offers the memoranda and materials being submitted under seal.

Dated this 5th day of February, 2007 at Boston, Massachusetts

> Respectfully submitted,
> GENE ANDERSON
> By his Attorney:
>
> /s./ *Kevin L. Barron*
> KEVIN L BARRON BBO550712
> Attorney for GENE ANDERSON
> 25 CAHNNEL CNTR ST 408
> BOSTON MA 02210-3416
> Tel No. 617-737-1555
> Mobile  617-407-6837
> Fax     617-517-7711

CERTIFICATE OF SERVICE

Counsel certifies that he has, this February 5, 2007, caused a true copy of this motion to be served on AUSA Neil Gallagher, Esq., through the CM/ECF of this District and that no party requires service by other means.

/s./ *Kevin L. Barron*
Kevin Lawrence Barron BBO550712