UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

                         Case No.: 1:04-cr-10299-PBS-30

v.

GENE ANDERSON, et al,
    Defendants.

MOTION FOR RECONSIDERATION
(OF SELF-SURRENDER DATE)

Defendant, Gene Anderson, requests an order permitting an extension of his post-conviction release and self- reporting date by seven days. Counsel has spoken to Cindy Mayo of US BOP's Sentence Computation and Designations Center in Grand Prairie, Texas and she reports that Mr. Anderson should be designated by Monday. Given the savings to the government in allowing an inmate to self-report and the beneficial effect on Mr. Anderson's security classification. Accordingly, an extension of seven days for Mr. Anderson to report would serve the interests of justice.

    AUSA Gallagher was not available for comment at this time.

    Dated this 16th day of February, 2007 at Boston, Massachusetts

                              Respectfully submitted,
                              GENE ANDERSON
                              By his Attorney:

                              /s./ *Kevin L. Barron*
                              KEVIN L BARRON BBO550712
                              Attorney for GENE ANDERSON
                              25 CAHNNEL CNTR ST 408
                              BOSTON MA 02210-3416
                              Tel No. 617-737-1555
                              Mobile  617-407-6837
                              Fax     617-517-7711

1

CERTIFICATE OF SERVICE

Counsel certifies that he has, this February 16, 2007, caused a true copy of this motion to be served on AUSA Neil Gallagher, Esq., through the CM/ECF of this District and that no party requires service by other means.

/s./ *Kevin L. Barron*

Kevin Lawrence Barron BBO550712