May 18, 2007

Hon. Patti B. Saris
United States District Court
1200 John Joeseph Moakley
One Courthouse Way
Boston, MA. 02210

*Received Chambers of Saris, DJ 5/29/07*

Re: <u>United States vs. Gene Anderson</u>
    1:04 CR 10299-030 (PBS)

Hon. Judge Saris:

I write this letter in the hopes of obtaining, and securing, your Honor's help in the following matter.

In a sincere effort to properly serve-out my sentence in full compliance with F.B.O.P. standards and regulations, and in an attempt to increase my chances, and eligibility, in order to qualify for an early transfer under the "Halfway House" and/or "Home Confinement" programs, I formally, and respectfully, submit this petition for your Honor's judicial recommendation to F.B.O.P. to consider, accept and approve, for service of sentence, up to one (1) year, direct commitment to a C.C.C.-sponsored "Halfway House" and/or "Home Confinement" program(s), pursuant to the following case files:

1) <u>Wedelstedt vs. Wiley</u>, 06-1461 (10th Cir., 2007)
2) <u>Levine vs. Apker</u>, 455 F.3d 71 (2nd Cir., 2006)
3) <u>Fults vs. Sanders</u>, 422 F.3d 1088 (8th Cir., 2006)
4) <u>Woodall vs. F.B.O.P.</u>, 432 F3d 235 (3rd Cir., 2005)
5) <u>Elwood vs. Jeter</u>, 386 F.3d 843 (8th Cir., 2004)
6) <u>Goldings vs. Winn</u>, 383 F.3d 17 (1st Cir., 2004)

Although your Honor's recommendation must precede my application to the F.B.O.P., I believe I can show, under whatever scrutiny, conditions or pre-requisites, that I am a good, and dependable, candidate for these programs so that I might, once again and for all, take my appropriate place in society, alongside my family. These two programs are considerably based on an inmate's record during incarceration. That record is model, impeccable and stands unchallenged.

Thanking you, as always and in advance, for your valuable time, and consideration, to this very urgent matter. I remain

Respectfully submitted,

*[signature]*

Gene Anderson
Register #80514-038
F.P.C. Lewisburg
P.O. Box 2000
Lewisburg, PA. 17837