Dear Honorable Judge Gorden

I am writing you with the hope of obtaining a copy of my Sentencing Manuscript. Honorable Judge Gorden. I do not have the money to purchase them or an Attorney to retrieve the manuscript for me. Honorable Judge Gorden if it could be possible since I have no money, Attorney that the Sentencing Manuscript are sent to Me.

Sincerly

Jewe Anderson

Docket # 1:04cr10279-030-PBS