04cr10299 PBS

FILED
IN CLERKS OFFICE
2008 JAN 29 A 11: 05
U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Honorable Judge Saris,

I promise not to become a tedious gentleman, but for a few moment's of your most valuable time, I would express my candor gratitude. At my initial arrest, arraignment, sentencing I was mad at everyone. But I was never mad at myself for putting myself in such a predicament where I would lose my Job and time away from my children. After a long evaluation and analysis of the entire situation I have come to an assestment that I can not be mad at knowone but myself your honor I can boldly declare today that I am not mad at knowone not even myself I have excepted full responsibility for my own actions and have learned the power of forgiveness, first my self then other's including your your honor I strongly believed that the 0-4 year deal was a bad decision I believed you would be fair with your decision when I recieved the high end of the sentence I believe that it was to "harsh" that's why several month's ago I've written you asking for some relief hoping that you would recommend (6) month half way (6) month's home confinment I am still hoping that you would find it in your heart to grant the recommendation to me. I am currently being held in a maximum facility "MDC Brooklyn" when I am considered camp status these condition's are impossible for rehabilitaion I am surrounded by individuals who are facing a substanial amount time in the federal system

your honor this experience has changed my life. I will never be the same again. people can change. When I enter back into society, my community I will be back to be a asset verses being being a liability I will focus on the youth by doing everything in my power to keep them out of those places your honor if you could find it in your heart to grant me some relief that would bring me closer to getting back to my children, family, community and to seek employment where i will continue to be a productive citizen. your honor I must admit I am confused there are others that are involve in this case that recieved less time to serve. I come in at the tail end of this maddness and recieved more. I want to once again thank you for your time

Sincerely

[signature]